**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MARRON, | CASE NO. CV 09-06272 GW (RZ) |
| Petitioner, | |
| | JUDGMENT |
| vs. | |
| DERRAL G. ADAMS, WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of GEORGE MARRON, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: December 22, 2010

GEORGE H. WU
UNITED STATES DISTRICT JUDGE